UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT WALSH,

          Plaintiff,

    v.

BRIAN WILLIAMS, SR., et al.,

          Defendants.

Case No.: 2:24-cv-01638-APG-BNW

**ORDER**

(ECF No. 1)

On September 5, 2024, pro se plaintiff Robert Walsh, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). The Court denies Plaintiff's application without prejudice because **the financial certificate and trust fund account statement that Plaintiff provided are both nearly a year old**. Plaintiff must file current financial documents showing the current state of his prison trust fund, rather than the state of his trust fund nearly a year ago. The Court will give Plaintiff the opportunity to correct this deficiency **by November 25, 2024**.

I.    **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

1  **inmate's prison or jail trust fund account statement for the previous six-month**

2  **period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

3  status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

4  that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

5  As explained above, Plaintiff's application to proceed *in forma pauperis* is

6  incomplete. The Court will therefore deny Plaintiff's application to proceed *in forma*

7  *pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing

8  fee or file a new fully complete application to proceed *in forma pauperis* with all three

9  required documents.

10  **II.     CONCLUSION**

11  It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1)

12  is denied without prejudice.

13  It is further ordered that Plaintiff has **until November 25, 2024**, to either pay the

14  full $405 filing fee or file a new fully complete application to proceed *in forma pauperis*

15  with all three required documents: (1) a completed application with the inmate's two

16  signatures on page 3, (2) a completed financial certificate that is signed both by the

17  inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account

18  statement for the previous six-month period.

19  Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

20  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

21  to refile the case with the Court, under a new case number, when Plaintiff can file a

22  complete application to proceed *in forma pauperis* or pay the required filing fee.

23  The Clerk of the Court is directed to send Plaintiff Robert Walsh the approved form

24  application to proceed *in forma pauperis* for an inmate and instructions for the same and

25  retain the complaint (ECF No. 1-1) but not file it at this time.

26  DATED THIS __26__ day of September 2024.

27

28  UNITED STATES MAGISTRATE JUDGE

2